IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-MJ-1116

FILED
JUL 2 0 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CRAIG ALLAN KOLHAGEN, ) | |
| ) | |
| Defendant. ) | |

This case comes before the court on the motion of the United States to seal the above-captioned matter. For good cause shown based on the facts and reasons stated in the motion, the motion is GRANTED, and the Clerk is DIRECTED to seal the above-captioned matter and all documents filed therein until such time as unsealed by order of the court except that filed copies of the criminal information and plea agreement may be provided to the United States Attorney, defense counsel for the defendant, and the investigating agents with the Naval Criminal Investigative Service (NCIS) and the Defense Criminal Investigative Service (DCIS).

SO ORDERED, this 20th day of July 2016.

_____
James E. Gates
United States Magistrate Judge