UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-MJ-1116-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO UNSEAL CASE |
| | ) | |
| CRAIG ALLAN KOLHAGEN | ) | |

Upon motion of the United States, it is hereby ORDERED that the above-referenced case, including docketed entries and filings therein, is UNSEALED.

The Clerk of Court is hereby ORDERED to unseal the matter in accordance with this Order.

So ordered, this 14 day of October, 2016.

The Honorable James C. Dever III
Chief United States District Judge